Motion GRANTED.
ICMC reset for
11/18/13 at 2:45 p.m.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JESSICA BENEFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:13-1000** |
| | ) | **Judge Trauger** |
| **M STREET ENTERTAINMENT, LLC,** | ) | |
| **VIRAGO, LLC and CHRIS HYNDMAN** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## JOINT MOTION TO MOVE CASE MANAGEMENT CONFERENCE

---

As is evidenced by the signatures of counsel for the parties below, the parties hereby move this Court for an Order resetting the case management conference from January 6, 2014 at 4:00 p.m. to November 18, 2013 at 2:45 p.m. Counsel for the parties are aware of their obligations to submit a proposed case management order in advance of the conference, pursuant to Local Rule 16 and will comply with same.

Based on the foregoing, the parties respectfully request that the Court GRANT this motion and RESET the case management conference in this matter to November 18, 2013 at 2:45 p.m.

1