Motion GRANTED.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **JESSICA BENEFIELD,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **Case No: 3:13-CV-1000** |
| | ] | |
| **MSTREET ENTERTAINMENT, LLC,** | ] | **Trauger/Griffin** |
| **VIRAGO, LLC and CHRIS HYNDMAN** | ] | |
| | ] | |
| **Defendants.** | ] | |

## MOTION FOR LEAVE TO FILE REPLY

Comes now the Plaintiff, and moves this court for leave to file a Reply to Defendant's Opposition to Plaintiff's Objection to Magistrate Judge Knowles' November 17, 2015 Order (Doc. No. 120).

Plaintiff would assert filing a Reply is necessary to fully address arguments raised by Defendants in their Opposition. Plaintiff has attached her proposed Reply to Defendant's Opposition to Plaintiff's Objection to Magistrate Judge Knowles' November 17, 2015 Order as Exhibit A.

Respectfully Submitted,

 **/s/ Jonathan A. Street**
**JONATHAN A. STREET, BPR No. 021712**
**A. RYAN SIMMONS, BPR No. 031456**
Attorneys for Plaintiff
The Higgins Firm, PLLC
525 4th Ave. South
Nashville, TN 37210
(615) 353-0930